UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CLINTON BARTLEY,**

       **Plaintiff,**

**v.**                                **Case No. 6:20-cv-430-CEM-EJK**

**CRAFTY SEAFOOD INC,**

       **Defendant.**

---

**ORDER**

THIS CAUSE is before the Court on Joint Motion for Approval of Amended Settlement and Dismissal with Prejudice (Doc. 55). The United States Magistrate Judge issued a Report and Recommendation (Doc. 56), recommending that the Motion be granted in part and denied in part.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that the parties filed a Joint Notice of Non-Objection (Doc. 57), the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 56) is **ADOPTED** and made a part of this Order.

2. The Joint Motion for Approval of Amended Settlement and Dismissal with Prejudice (Doc. 55) is **GRANTED in part and DENIED in part**.

   a. The Amendments Provision of the Settlement Agreement (Doc. 55-1 ¶ 17) is **STRICKEN**.

   b. The Settlement Agreement (Doc. 55-1) is otherwise **APPROVED**.

   c. This case is **DISMISSED with prejudice**.

   d. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 13, 2021.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record